**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY A FROEHLICH<br><br>Plaintiff,<br><br>v.<br><br>VERIZON, INC., a Delaware corporation;<br>MUTUAL OF OMAHA, a foreign<br>insurance company<br><br>Defendants. | Civil Action No. 05 - 564 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1441 and 1446, Defendant Verizon, Inc. files this Notice of Removal in the above-captioned matter from the Court of Chancery of the State of Delaware to the United States District Court for the District of Delaware and in support hereof avers as follows:

1. This Action was commenced by way of Complaint filed in the Court of Chancery of the State of Delaware on or about July 1, 2005. A true and correct copy of the Complaint is attached hereto as Exhibit A.

2. As set forth more fully therein, Plaintiff's claims arise under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001 et seq.

3. In particular, Plaintiff's claims are based on her allegation that Verizon and Mutual of Omaha improperly handled her claim for long term care insurance benefits provided by Verizon under an employee benefit plan.

4. Verizon Inc's Group Long Term Care Benefits Plan constitutes an "employee welfare benefit plan" within the meaning of ERISA.

5. ERISA completely preempts any state law claims for benefits. As a result, Plaintiff's claims come within the scope of ERISA, even though they are pleaded in terms of state law, and are in reality based on federal law.

6. Thus, under the well-pleaded complaint rule, Plaintiff's claims arise under federal law, and are therefore removable to Federal Court.

7. The lawsuit is therefore removable from the State Court to this Court pursuant to 28 U.S.C. Sections 1331 and 1441(b).

8. This notice is timely, it being filed within thirty (30) days of Defendant Verizon, Inc.'s receipt of a copy of the Complaint setting forth the claims for relief upon which the action is based.

9. Defendant Mutual of Omaha, through counsel, has consented to the removal of this action.

Respectfully Submitted,

THE NEUBERGER FIRM, P.A.

*/s/ Stephen J. Neuberger*

THOMAS S. NEUBERGER, ESQ. (#243)
STEPHEN J. NEUBERGER, ESQ. (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Of Counsel:

SALMANSON GOLDSHAW, P.C.
MICHAEL J. SALMANSON, ESQ.
SCOTT B. GOLDSHAW, ESQ.
2 Penn Center, Suite 1230
Philadelphia, PA 19102
215-640-0593
msalmans@salmangold.com
goldshaw@salmangold.com

*Attorneys for Defendant Verizon, Inc.*

Dated: August 4, 2005