UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARY A. FROEHLICH,<br>Plaintiff<br><br>v.<br><br>VERIZON, INC. and MUTUAL OF<br>OMAHA INSURANCE COMPANY,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-564 (SLR) |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the **Memorandum of Law in Support of Defendant Mutual of Omaha Insurance Company's Motion to Dismiss** was served upon the attorney of record for each other party by first class mail, postage prepaid, this 16th day of August, 2005.

Charles Gruver, III
Charles Gruver III, P.A.
724 Yorklyn Road, Suite 315
Hockessin, DE 19707

Stephen J. Neuberger
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE 19801

/s/ Margaret F. England
Margaret F. England