IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mary A. Froehlich | : | |
| | : | |
| Plaintiff, | : | Civil Action No.  05-CV-00564-SLR |
| | : | |
| v. | : | |
| | : | |
| Verizon, Inc., a Delaware corporation; | : | |
| Mutual of Omaha, a foreign | : | |
| insurance company | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael J. Salmanson and Scott B. Goldshaw, to represent Verizon, Inc. in this matter.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**


/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Of Counsel:

**SALMANSON GOLDSHAW, P.C.**
**MICHAEL J. SALMANSON, ESQ.**
**SCOTT B. GOLDSHAW, ESQ.**
2 Penn Center, Suite 1230
Philadelphia, PA 19102
215-640-0593
msalmans@salmangold.com
goldshaw@salmangold.com

*Attorneys for Defendant Verizon, Inc.*


Dated:  August 20, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mary A. Froehlich           :
                            :
        Plaintiff,          :   Civil Action No. 05-CV-00564-SLR
                            :
    v.                      :
                            :
Verizon, Inc., a Delaware corporation;  :
Mutual of Omaha, a foreign  :
insurance company           :
                            :
        Defendants.         :
_____:

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, we certify that we are eligible for admission to this court, are admitted, practicing and in good standing as members of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. We also certify we are generally familiar with this Court's Local Rules.

_____         _____
SALMANSON GOLDSHAW, P.C.                SALMANSON GOLDSHAW, P.C.
MICHAEL J. SALMANSON, ESQ.              SCOTT B. GOLDSHAW, ESQ.
2 Penn Center, Suite 1230               2 Penn Center, Suite 1230
Philadelphia, PA 19102                  Philadelphia, PA 19102
215-640-0593                            215-640-0593
msalmans@salmangold.com                 goldshaw@salmangold.com

*Attorneys for Defendant Verizon, Inc.*

Dated: August 16, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mary A. Froehlich | : | |
| | : | |
| Plaintiff, | : | Civil Action No.  05-CV-00564-SLR |
| | : | |
| v. | : | |
| | : | |
| Verizon, Inc., a Delaware corporation;<br>Mutual of Omaha, a foreign<br>insurance company | :<br>:<br>: | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsels' motion for admission pro hac vice is granted.


Date: _____          _____
                                 United States District Judge

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court, do hereby certify that on August 20, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF and served the following individuals by the means indicated:

>Charles Gruver, III, Esq.
>Charles Gruver, III, P.A.
>Suite 315
>724 Yorklyn Road
>Hockessin, DE 19707
>(Via U.S. Mail)
>
>Karen Lee Turner, Esq.
>Eckert Seamans Cherin & Mellott, LLC
>4 East 8th Street, Suite 200
>Wilmington, DE 19801
>(Via CM/ECF)

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**