**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                    )
MARY A. FROEHLICH,                                  )
                                                    )
                    Plaintiff                       )
                                                    )        CIVIL ACTION NO. 05-564 (SLR)
        v.                                          )
                                                    )
VERIZON, INC. and MUTUAL OF OMAHA                   )
INSURANCE COMPANY,                                  )
                                                    )
                    Defendants.                     )
_____    )

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***
**PURSUANT TO LOCAL DISTRICT COURT RULE 83.5**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Edward F. Rooney, Esquire (the "Admittee"), of the law firm Eckert Seamans Cherin & Mellott, LLC, One International Place, 18ᵗʰ Floor, Boston, MA 02110-2602. The Admittee will represent Mutual Of Omaha Insurance Company in the above-captioned Proceeding.

> /s/ Margaret F. England_____
> Karen L. Turner, Esquire (No. 4332)
> Margaret F. England (No. 4248)
> Eckert Seamans Cherin & Mellott, LLC
> 4 East 8ᵗʰ Street, Suite 200
> Wilmington, DE  19801
> Telephone:  (302) 425-0430
> Fax:          (302) 425-0431
> E-mail:      mengland@eckertseamans.com

Of Counsel:
Edward Rooney, Jr., Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18ᵗʰ Floor
Boston, MA 02110-2602
Telephone:    (617) 342-6863-8400
E-mail:erooney@eckertseamans.com
*Attorney for Omaha Mutual Insurance Company*

Dated: August 24, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| MARY A. FROEHLICH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. 05-564 (SLR) |
| v. | ) | |
| | ) | |
| VERIZON, INC. and MUTUAL OF OMAHA | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.


Dated: August 24, 2005

_/s/ Edward Rooney, Jr_____
Edward Rooney, Jr., Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
Telephone:    (617) 342-6863-8400
E-mail:erooney@eckertseamans.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
| | ) | |
| MARY A. FROEHLICH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. 05-564 (SLR) |
| v. | ) | |
| | ) | |
| VERIZON, INC. and MUTUAL OF OMAHA | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Dated: August ____, 2005              _____

The Honorable Sue L. Robinson
United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

        I, the undersigned, hereby certify that I am not less than 18 years of age and that on this 24nd day of August 2005, I caused a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* upon the following via United States first class regular mail postage prepaid:

| | |
|---|---|
| Charles Gruver, III | Michael J. Salmanson |
| Charles Gruver III, P.A. | Salmanson Goldshaw, P.C. |
| 724 Yorklyn Road, Suite 315 | 2 Penn Center, Suite 1230 |
| Hockessin, DE 19707 | Philadelphia, PA 19102 |
| | |
| Stephen J. Neuberger | Scott B. Goldshaw |
| The Neuberger Firm, P.A. | Salmanson Goldshaw, P.C. |
| 2 East Seventh Street, Suite 302 | 2 Penn Center, Suite 1230 |
| Wilmington, DE 19801 | Philadelphia, PA 19102 |

                        /s/ Margaret F. England
                        Margaret F. England (No. 4248)
                        Eckert Seamans Cherin & Mellott, LLC
                        4 East 8th Street, Suite 200
                        Wilmington, DE  19801
                        Telephone:  (302) 425-0430
                        Fax:    (302) 425-0431
                        E-mail:mengland@eckertseamans.com