IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARY A. FROEHLICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-564-SLR |
| | ) | |
| VERIZON INC. and MUTUAL OF OMAHA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 16th day of November, 2005, the court having postponed the Rule 16 conference in the above captioned case per the letter submitted by counsel for Verizon Inc. on September 26, 2005 (D.I. 10) and there having been no activity in the above captioned case since;

IT IS ORDERED that, on or before **December 16, 2005,** plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge