IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MARY A. FROEHLICH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-564 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| VERIZON, INC., a Delaware corporation, and MUTUAL OF OMAHA, a foreign insurance company, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF SUBSTITUTION**
**OF COUNSEL FOR THE PLAINTIFF**

PLEASE ENTER the appearance of Rick S. Miller, Esquire, and withdraw the appearance of Charles Gruver, III, Esquire, as counsel for the plaintiffs in this matter.

| CHARLES GRUVER, III, P.A. | FERRY, JOSEPH & PEARCE, P.A. |
|---|---|
| /s/Charles Gruver, III | /s/Rick S. Miller |
| Charles Gruver, III (#433) | Rick S. Miller (#3418) |
| 724 Yorklyn Road, Suite 315 | 824 Market Street, Suite 904 |
| Hockessin, DE 19707 | P.O. Box 1351 |
| (302) 239-3911 | Wilmington, DE 19899-1351 |
| | (302) 575-1555 |
| Dated: December 14, 2005 | Dated: December 14, 2005 |

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Stipulation of Substitution of Counsel for the Plaintiff were served on December 14, 2005 upon the following persons in the indicated manner:

**By hand:**

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

Karen Lee Turner, Esquire
Margaret F. England, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

**By first class mail:**

Michael J. Salmanson, Esquire
Scott B. Goldshaw, Esquire
Salmanson Goldshaw, P.C.
2 Penn Center, Suite 1230
Philadelphia PA 19102

Edward S. Rooney, Jr., Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston MA 02110-2602

Charles Gruver, III, Esquire
724 Yorklyn Road, Suite 315
Hockessin DE 19707

/s/Rick S. Miller
Rick S. Miller (#3418)