IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARY A. FROEHLICH,                        )
                                          )
        Plaintiff,                        )    C.A. No. 05-564 (SLR)
                                          )
        v.                                )
                                          )
VERIZON, INC., a Delaware                 )
corporation, and MUTUAL OF OMAHA          )
INSURANCE COMPANY, a foreign              )
insurance company,                        )
                                          )
        Defendants.                       )

## STIPULATION AND ORDER

WHEREAS on July 1, 2005, the plaintiff filed suit in the
Court of Chancery of the State of Delaware against the defendants
alleging a variety of state law causes of action relating to the
Long Term Care ("LTC") Plan of Verizon, Inc.; and

WHEREAS on August 8, 2005, defendant Verizon, with the
consent of defendant Mutual of Omaha, removed the suit to this
Court alleging that the state law claims set forth in the suit
are pre-empted by the Employee Retirement Income Security Act of
1974 ("ERISA"), 29 U.S.C. §1001, *et seq.* (D.I. 1); and

WHEREAS on August 15, 2005, defendant Verizon filed an
Answer to the Complaint (D.I. 3); and

WHEREAS on August 16, 2005, defendant Mutual of Omaha
Insurance Company moved to dismiss the Complaint on the grounds
that the causes of action set forth therein are pre-empted by
ERISA (D.I. 4); and

WHEREAS on November 16, 2005, the Court issued an order to

show cause why the case should not be dismissed for want of prosecution by the plaintiff, returnable on or before December 16, 2005 (D.I. 11);

NOW THEREFORE, subject to the approval of the Court, the parties stipulate and agree as follows:

1.   Within 15 days hereof, the plaintiff shall file and serve upon defendants' counsel an amended complaint stating a claim under ERISA.

2.   Upon such filing, the pending motion to dismiss filed by defendant Mutual of Omaha (D.I. 4) shall be moot.

3.   The parties reserve all rights in relation to the amended complaint.

Ferry, Joseph & Pearce, P.A.

/s/Rick S. Miller
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555
Attorney for Plaintiff


The Neuberger Firm, P.A.

/s/ Stephen J. Neuberger
Thomas S. Neuberger, Esquire (#243)
Stephen J. Neuberger, Esquire (#4440)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582

-and-

Michael J. Salmanson, Esquire
Scott B. Goldshaw, Esquire
Salmanson Goldshaw, P.C.
2 Penn Center, Suite 1230
Philadelphia PA 19102

Attorneys for Defendant Verizon, Inc.


Eckert Seamans Cherin & Mellott, LLC

_____
Karen Lee Turner, Esquire (#4332)
Margaret F. England, Esquire (#4248)
4 East 8th Street, Suite 200
Wilmington, DE 19801
(302) 425-0430

-and-

Edward S. Rooney, Jr., Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston MA 02110-2602

Attorneys for Defendant
Mutual of Omaha Insurance Company


        SO ORDERED this _____ day of _____, 200___.


                          _____
                          Chief Judge Sue L. Robinson
                          United States District Court