# EXHIBIT A

HOME OFFICE USE ONLY

GUIS 15 FEB '00

APPROVED 3-13-00

Division __1__
Class __5__
Effective Date __4/1/00__

## Benefit Increase Option Application

GUIS 10 MAR

Group Name __Bell Atlantic__     Policy Number __GMLC-2V65__

1. Applicant Information

GDMS 15 FEB '00

Name __MARY A. FROEHLICH__     Social Security __Redacted '558__

Address __334 DEVON WAY__

City __WEST CHESTER__     State __PA__     Zip Code __19380__

Daytime Telephone Number. ( __610__ ) __436-6363__

Date of Birth __Redacted 23__

Height __5'2"__     Weight __115__     Sex __F__

2. Current Premium Payment Method (Check One)

___ Payroll Deduction

_X_ Pension Deduction

___ Direct Bill  ___ Quarterly  ___ Semiannually  ___ Annually

3. Amount of Increase Being Applied For

   $20

4. HEALTH INFORMATION
   (a) In the past five years, have you ever had, been advised by a physician that you had or received treatment for:
   (Circle conditions answered "Yes" and give details on reverse side.)

|  | Yes | No |
|---|---|---|
| (1) High blood pressure, chest pain, heart attack or stroke? | ☒ | ☐ |
| (2) Alzheimer's disease, seizures or convulsions, paralysis, mental or nervous disorder, or brain disease or disorder? | ☐ | ☒ |
| (3) Cancer, leukemia, malignant growth or any form of tumor? | ☐ | ☒ |
| (4) Diabetes, kidney disease or disorder, or any other disorder of the urinary system? | ☐ | ☒ |
| (5) Asthma, emphysema or any lung disease or other respiratory disorder? | ☐ | ☒ |
| (6) Arthritis, neuritis, rheumatism, gout or any disease of, disorder or injury to the back, spine, bones, muscles or joints? | ☐ | ☒ |
| (7) Alcohol abuse, drug abuse, Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? | ☐ | ☒ |

PLEASE RETURN THE ATTACHED FORM TO THE ATTENTION OF:
S1 - GROUP UNDERWRITING INDIVIDUAL SELECTION

MLU05021

11651GA-M-EZ BIO

$5040

(8) Any loss of hearing, or loss of or partial loss of use of any eye, limb, hand or foot?  ☐ ☑

b) Have you ever used a wheelchair, crutches, cane, walker or other mobility aid (i.e., braces, prosthesis, etc.)? If "Yes," give details below.  ☐ ☑

c) Within the past 12 months, have you used medication, received medical treatment or been confined to a hospital, nursing home or convalescent facility? If "Yes," give details below.  ☐ ☑

d) Within the past five years, have you had any mental or physical disorder or bodily injury not listed above? If "Yes," give details below.  ☐ ☑

| Ques No. | Condition, Injury, Symptoms of Ill Health or Findings of Examination (if Operation Performed, State Type) | Month and Year | Duration | Degree of Recovery | Name, Address and ZIP Code of Hospital and Attending Physician |
|---|---|---|---|---|---|
| 4(a)(1) | TAKES ALTACE BUT | | 6 yrs + | 100% | DR. STADLIN |
| | DOSEN'T HAVE HIGH | | | | PAOLI HOSPITAL |
| | BLOOD | | | | PAOLI, PA |
| 13? | 88/78 AS OF 2/28/00 | ... | ... | | |

(e) Can you perform each of the activities of daily living listed below without physical or mechanical assistance or supervision? (If any question is answered "No," give details below.)

|  | Yes | No |  |  | Yes | No |
|---|---|---|---|---|---|---|
| (1) Get in or out of bed | ☑ | ☐ | (4) Dress | | ☑ | ☐ |
| (2) Take medications | ☑ | ☐ | (5) Toilet | | ☑ | ☐ |
| (3) Eat, prepare meals | ☑ | ☐ | (6) Bathe | | ☑ | ☐ |

Details for "No" answers:

_____

_____

### STATEMENT OF APPLICATION

I apply for an increase in my Long-Term Care Maximum Daily Benefit for myself. I understand that the increase will not begin until Mutual of Omaha approves the increase. I have given the above answers to obtain this increase. These answers are true and complete to the best of my knowledge and belief. I know that the increase could be void if answers are not true and complete. I understand I am not eligible for this increase if I am currently receiving long-term care services. I hereby certify I am not currently receiving any long-term care services.

To: Physicians, Hospitals and Other Providers of Health Care Services, Insurers, Employers and Group Policyholders

You may give Mutual of Omaha health, job status or other insurance information about me. You may also give this information about me. You may also give this information to Mutual of Omaha's reinsurer or to the Policy Administrator. Health information includes all records about: (a) physical and mental health, (b) medical history and (c) drug and alcohol use. This information will be used to evaluate my application. This form will be valid for 30 months from when it is signed. A photocopy of this form is as valid as the original. A copy of this form will be provided and will be made a part of my certificate. I understand the certificate is subject to all policy provisions including payment of premium.

_Mary C. Franklin_     _Feb. 9, 2000_
(Signature of Applicant)     (Date)

11651GA-M-EZ BIO

**EXHIBIT B**



Mutual of Omaha Insurance • Home Office: Mutual of Omaha Plaza, Omaha, Nebraska 68175 • (402) 342-7600

**Mutual of Omaha**
*People you can count on...*

April 10, 2000

Mary Froehlich
334 Devon Way
West Chester, PA 19380

                                                 GMLC-2V65 Division 00001
                                                 Applicant Mary Froehlich
                                                 SSN  *Redacted*

Dear  Ms. Froehlich,

We have received your request to increase your original Maximum Daily Benefit by $20 in accordance with the Benefit Increase Provision of your certificate.

The requested increase has been approved and will become effective on April 1, 2000. The additional premium for this increase is $50.40 and your total monthly premium will now be $158.40.

If you were required to complete a health application, a copy for your records is attached.

If you have questions, or if we can be of any service, please call the Long-Term Care Customer Service Line at 1-800-877-1052 from 8:00 A.M. to 4:30 P.M. Central Time Monday through Friday (except holidays).

Thank you for your continued coverage with Mutual of Omaha.

Sincerely,

Mutual of Omaha
Group Long-Term Care