IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY A. FROEHLICH, ) | |
| ) | C.A. No. 05-564(SLR) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE GROUP LONG TERM CARE BENEFITS ) | |
| PLAN OF VERIZON COMMUNICATIONS, ) | |
| INC., a Delaware corporation, and ) | |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ALIAS PRAECIPE

Please issue an Alias Summons to direct service of the Second Amended Complaint on defendant Mutual of Omaha Insurance Company.

                FERRY, JOSEPH & PEARCE, P.A.

                /s/Rick S. Miller
                Rick S. Miller (#3418)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, DE 19899-1351
                (302) 575-1555
                Attorney for Plaintiff

Dated: April 6, 2006