AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MARY A. FROEHLICH, )
       ) C.A. No. 05-564(SLR)
    Plaintiff, )
      )
  v. )
      ) **ALIAS SUMMONS**
THE GROUP LONG TERM CARE BENEFITS )
PLAN OF VERIZON COMMUNICATIONS, )
INC., a Delaware corporation, and )
MUTUAL OF OMAHA INSURANCE )
COMPANY, )
      )
    Defendants. )

TO: MUTUAL OF OMAHA INSURANCE COMPANY
c/o Margaret F. England, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Rick S. Miller, Esquire (#3418)
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302)575-1555

an answer to the Second Amended Complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Second Amended Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            4-6-06
CLERK                                 DATE

*Beth Duran*
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/7/06 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: MUTUAL OF OMAHA INSURANCE COMPANY C/O MARGARET F. ENGLAND, ESQ. AT 300 DELAWARE AVE. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY BARBARA CHATT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/06
             Date

*Signature of Server*

BARRY EVELAND
BRANDYWINE PROCESS SERVERS, LTD

SERVED SECOND AMENDED COMPLAINT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.