IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY A. FROEHLICH, ) | |
| ) | C.A. No. 05-564(SLR) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE GROUP LONG TERM CARE BENEFITS ) | |
| PLAN OF VERIZON COMMUNICATIONS, ) | |
| INC., a Delaware corporation, and ) | |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the Plaintiff's First Request for Production of Documents Directed to Defendant The Long Term Care Benefits Plan of Verizon Communications, Inc. and Plaintiff's First Request for Production of Documents Directed to Mutual of Omaha were served on April 11, 2006 by hand delivery to Stephen J. Neuberger, Esquire, The Neuberger Firm, P.A., Two East Seventh Street, Suite 302, Wilmington, DE 19801 and Margaret F. England, Esquire, Eckert Seamans Cherin & Mellott, LLC, 4 East 8th Street, Suite 200, Wilmington, DE 19801 and by first class mail to Michael J. Salmanson, Esquire, Salmanson Goldshaw, P.C., 2 Penn Center, Suite 1230, Philadelphia PA 19102 and Edward S. Rooney, Jr., Esquire, Eckert Seamans Cherin & Mellott, LLC, One International Place, 18th Floor, Boston MA 02110-2602.

FERRY, JOSEPH & PEARCE, P.A.

/s/Rick S. Miller

Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555

Dated: April 11, 2006