IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARY FROEHLICH, :
: 
      Plaintiff, :
:
v. : Civil Action No. 05-564-SLR
:
THE GROUP LONG TERM CARE :
BENEFITS PLAN OF VERIZON :
COMMUNICATIONS, INC., :
:
      Defendant. :



FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ORDER

At Wilmington this **23rd** day of **May, 2006**,

IT IS ORDERED that:

    1.    The mediation is scheduled for **Wednesday, June 7, 2006 at 10:00 a.m.**

    2.    The mediation conference statements may be in memorandum or letter form. Plaintiff's mediation conference statement shall be limited to no more than **fifteen (15) pages double spaced, 12 pt. font.** Verizon Inc./Group Long Term Care Benefits Plan of Verizon Communications Inc.'s mediation conference statement shall be limited to no more than **twelve (12) pages double spaced, 12 pt. font.** Mutual of Omaha's mediation conference statement shall be limited to no more than **twelve (12) pages double spaced, 12 pt. font.**

    3.    All other terms and conditions of the Court's March 22, 2006 Order remain in effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE