IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY A. FROEHLICH,<br>    Plaintiff<br><br>v.<br><br>THE GROUP LONG TERM CARE<br>BENEFITS PLAN OF VERIZON<br>COMMUNICATIONS, INC, a Delaware<br>corporation, and MUTUAL OF OMAHA<br>INSURANCE COMPANY,<br><br>    Defendants | CIVIL ACTION NO. 05-564 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 25, 2006 copies of RESPONSE OF DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were served in the manner indicated on:

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE 19899
*By U.S. Mail*

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801
*By U.S. Mail*

Michael J. Salmanson, Esquire
Scott B. Goldshaw, Esquire
Salmanson Goldshaw, P.C.
2 Penn Center, Suite 1230
Philadelphia, PA 19101
*By U.S. Mail*

ECKERT SEAMANS CHERIN & MELLOTT, LLC

/s/ Margaret F. England
Karen Lee Turner, Esq. (Del. Bar #4332)
Margaret F. England, Esq. (Del. Bar #4248)
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
302-425-0430
kturner@eckertseamans.com
mengland@eckertseamans.com

U0001853