# FERRY, JOSEPH & PEARCE, P. A.
ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

June 8, 2006

<u>Hand Delivered</u>

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    *Froehlich v. The Long Term Care Benefits Plan of Verizon Comms., Inc., et al.*
            <u>C.A. No. 05-564 (SLR)</u>

Dear Chief Judge Robinson:

    On behalf of all of the parties in the above-referenced case, I am pleased to report that the matter has been resolved. The parties anticipate filing a stipulation of dismissal on or before July 14, 2006. If the Court has any questions, I would be pleased to answer them.

                                      Respectfully yours,

                                      /s/Rick S. Miller
                                      Rick S. Miller (#3418)

cc:    The Honorable Mary Pat Thynge (by hand)
       Mark A. Froehlich, Esquire (by first class mail)
       Stephen J. Neuberger, Esquire (by hand)
       Michael J. Salmanson, Esquire (by fax)
       Margaret F. England, Esquire (by hand)
       Edward S. Rooney, Jr., Esquire (by fax)
       Clerk of the Court (e-filed)