*UNITED STATES DISTRICT COURT*
*FOR THE*
*DISTRICT OF DELAWARE*

| | |
|---|---|
| MARY A. FROEHLICH,           )<br>                                              )<br>     *Plaintiff*                          )<br>                                              )<br>     v.                                     )<br>                                              )<br>THE GROUP LONG TERM CARE )<br>BENEFITS PLAN OF VERIZON )<br>COMMUNICATIONS, INC, a    )<br>Delaware corporation, and MUTUAL )<br>OF OMAHA INSURANCE       )<br>COMPANY,                              )<br>     *Defendants*                      )<br>                                              ) | CIVIL ACTION NO. 05-564 (SLR) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mary A. Froehlich and Defendants The Group Long Term Care Benefits Plan of Verizon Communications, Inc. and Mutual of Omaha Insurance Company, pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed, with prejudice and without costs or attorneys' fees to any party and all rights to appeal are hereby waived.

| | |
|---|---|
| MARY A. FROEHLICH | THE GROUP LONG TERM CARE BENEFITS PLAN OF VERIZON COMMUNICATIONS, INC. |
| By her attorney, | By its attorneys, |
| /s/Rick S. Miller | /s/Stephen J. Neuberger |
| _____ | _____ |
| Rick S. Miller, Esq.  (Del. #3418)<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>302-575-1555 | Thomas S. Neuberger, Esq. (Del. #243)<br>Stephen J. Neuberger, Esq. (Del. # 4440)<br>THE NEUBERGER FIRM, P.A.<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801<br>302-655-0582 |

Of Counsel:

SALMANSON GOLDSHAW, P.C.
Michael J. Salmanson, Esq.
Scott B. Goldshaw, Esq.
2 Penn Center, Suite 1230
Philadelphia, PA 19102
215-640-0593

MUTUAL OF OMAHA INSURANCE COMPANY
By its attorneys,

/s/Margaret F. England

_____

Karen Lee Turner, Esq. (Del. #4332)
Margaret F. England, Esq. (Del. #4248)
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
302-425-0430

Edward S. Rooney, Jr., Esq.
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
617-342-6800